| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Specialty Select Care Center of San Antonio, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **17-44248** |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 9, 2017**          X **/s/ Lloyd Douglas**
Signature of individual signing on behalf of debtor

**Lloyd Douglas**
Printed name

**Managing Member**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Specialty Select Care Center of San Antonio, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): **17-44248**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................................. $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................................................ $ **28,727.05**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................................. $ **28,727.05**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **562,725.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................... $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ **67,701.50**

4. **Total liabilities** ..........................................................................................................................................
    Lines 2 + 3a + 3b                                                                                                                                                      $ **630,426.50**

**Fill in this information to identify the case:**

Debtor name: **Specialty Select Care Center of San Antonio, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): **17-44248**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **Wells Fargo** | | | $28,727.05 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                     **$28,727.05**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    | 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | **Unknown** |
    |---|---|---|---|---|---|
    | | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **Specialty Select Care Center of San Antonio, LLC** | Case number *(If known)* **17-44248** |
|---|---|---|
| | Name | |

| | 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **Unknown** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**                                                                                                                       **$0.00**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

| Debtor | **Specialty Select Care Center of San Antonio, LLC** | Case number *(If known)* **17-44248** |
|---|---|---|
| | Name | |

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Specialty Select Care Center of San Antonio, LLC** | Case number *(If known)* **17-44248** |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---:|---:|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $28,727.05 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9......................>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $28,727.05 + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $28,727.05 |

**Fill in this information to identify the case:**

Debtor name: **Specialty Select Care Center of San Antonio, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): **17-44248**

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
- ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
- ☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>*Do not deduct the value of collateral.* | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** | **LD Enterprises** (Creditor's Name)<br>P.O. Box 1745<br>Aledo, TX 76008<br>Creditor's mailing address<br><br>Describe debtor's property that is subject to a lien:<br>**blanket filing UCC; all debtor assets**<br>Describe the lien<br>Is the creditor an insider or related party? ☑ No ☐ Yes<br>Is anyone else liable on this claim? ☑ No ☐ Yes. Fill out Schedule H: Codebtors<br>Do multiple creditors have an interest in the same property? ☑ No ☐ Yes.<br>As of the petition filing date, the claim is: ☐ Contingent ☐ Unliquidated ☐ Disputed | | $200,000.00 | Unknown |
| **2.2** | **Lloyd Douglas** (Creditor's Name)<br>P.O. Box 1745<br>Aledo, TX 76008<br>Creditor's mailing address<br><br>Describe debtor's property that is subject to a lien:<br>**UCC filed; blanket lien on all assets**<br>Describe the lien<br>Is the creditor an insider or related party? ☑ No ☐ Yes<br>Is anyone else liable on this claim? ☑ No ☐ Yes. Fill out Schedule H: Codebtors | | $362,725.00 | Unknown |

| Debtor | **Specialty Select Care Center of San Antonio, LLC** | Case number (if know) | 17-44248 |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $562,725.00

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name: **Specialty Select Care Center of San Antonio, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): **17-44248**

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Adolfo R. Juiel, Ann M. Juiel, Lisa Ocho<br>c/o Marynell Maloney Law Firm, PLLC<br>922 S. Alamo St.<br>San Antonio, TX 78205<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **plaintiffs**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Atlas Dental Group<br>4447 N. Central Expwy, Ste 110<br>PBM 434<br>Dallas, TX 75205<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$31,066.17** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Choice Healthcare<br>500 N. 56th St., Ste 10<br>Chandler, AZ 85226<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$142.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Gruene Pointe Acquisitions I, LLC<br>5851 Legacy Circle, Ste 600<br>Plano, TX 75024<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Notice only;**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Specialty Select Care Center of San Antonio, LLC** | Case number (if known) | **17-44248** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Helen A. Owen, Trinidad Rangel, Ted Luna C. Lopez, S. Mata, C.Perez, R. Bateman** <br> **c/o Marynell Maloney Law Firm, PLLC** <br> **922 S. Alamo St.** <br> **San Antonio, TX 78205** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _plaintiffs_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Helen Bomar** <br> **c/o Marynell Maloney Law Firm PLLC** <br> **922 S. Alamo St.** <br> **San Antonio, TX 78205** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _plaintiff_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$567.99** |
|---|---|---|---|
| | **Liquid Environmental Solutions** <br> **7651 Esters Blvd., Ste 200** <br> **Irving, TX 75063** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,697.50** |
|---|---|---|---|
| | **Lone Star Ambulance** <br> **P.O. Box 22578** <br> **Beaumont, TX 77720** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,164.07** |
|---|---|---|---|
| | **Marlin Leasing** <br> **300 Fellowship Rd.** <br> **Mount Laurel, NJ 08054** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$650.13** |
|---|---|---|---|
| | **Medline Industries, Inc.** <br> **Dept. 1080** <br> **P.O. Box 121080** <br> **Dallas, TX 75312** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Michelle Maloney** <br> **Marynell Maloney Law Firm, PLLC** <br> **922 S. Alamo St.** <br> **San Antonio, TX 78205** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Notice; Plaintiffs counsel_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Specialty Select Care Center of San Antonio, LLC** | Case number (if known) | **17-44248** |
|---|---|---|---|
| | Name | | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.12 | **MobileExUSA**<br>**The Highlands**<br>**930 Ridgebrook Rd.**<br>**Sparks Glencoe, MD 21152**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $344.95 |
| 3.13 | **Molina Healthcare**<br>**200 Oceangate, 6th Floor**<br>**Long Beach, CA 90802**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $11,093.89 |
| 3.14 | **Office Inspector General**<br>**Texas Health Human Services Comm**<br>**P.O. Box 85200**<br>**78708**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **notice only**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.15 | **Orlando Cisneroa**<br>**c/o Marynell Maloney Law Firm, PLLC**<br>**922 S. Alamo St.**<br>**San Antonio, TX 78205**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: **plaintiff**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.16 | **Sullivan & Cook, LLC**<br>**Attn: Adam Barela**<br>**600 Las Colinas Blvd East, Ste 1300**<br>**Irving, TX 75039**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $1,345.85 |
| 3.17 | **Texas Health Human Svc Commission**<br>**P.O. Box 149030**<br>**Austin, TX 78714-3011**<br>Date(s) debt was incurred _<br>Last 4 digits of account number **9903** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **VIN ending 0759000**<br>Is the claim subject to offset? ■ No ☐ Yes | $5,901.05 |
| 3.18 | **Universal Hospital Services, Inc.**<br>**6625 W. 78th Street, Ste 300**<br>**Minneapolis, MN 55439**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | $2,727.90 |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Specialty Select Care Center of San Antonio, LLC** | Case number (if known) | **17-44248** |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **On Point**<br>**8502 Huebner Rd., Ste 400**<br>**San Antonio, TX 78240** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + $ | **67,701.50** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **67,701.50** |

**Fill in this information to identify the case:**

Debtor name  **Specialty Select Care Center of San Antonio, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)  **17-44248**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases            12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name: **Specialty Select Care Center of San Antonio, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): **17-44248**

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**   *Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Texas

In re  **Specialty Select Care Center of San Antonio, LLC**  Case No. **17-44248**
Debtor(s)  Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **5,000.00** |
   | Prior to the filing of this statement I have received | $ **5,000.00** |
   | Balance Due | $ **0.00** |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor  ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor  ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Defending Debtors (i) in any adversary proceeding, (ii) against claims that the fiing of the petition constitute "abuse"; (iii) in matters relating to failure to disclose material facts.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 9, 2017**  /s/ **Susan B. Hersh**
*Date*  **Susan B. Hersh**
 *Signature of Attorney*
 **Susan B. Hersh, P.C.**
 **12770 Coit Road**
 **Suite 1100**
 **Dallas, TX 75251**

 *Name of law firm*