INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 17-44248 | | | Trustee Name: | Shawn K. Brown |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SPECIALTY SELECT CARE CENTER OF SAN ANTONIO, LLC | | | Date Filed (f) or Converted (c): | 10/20/2017 (f) |
| For the Period Ending: | 04/10/2023 | | | §341(a) Meeting Date: | 12/19/2017 |
| | | | | Claims Bar Date: | 06/05/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Wells Fargo | $28,727.05 | $28,727.05 | | $28,727.05 | FA |
| 2 | Accounts receivable 90 days old or less: face amount 0.00 doubtful or uncollectible accounts 0.00 | Unknown | $0.00 | | $0.00 | FA |
| 3 | Accounts receivable 90 days old or less: face amount 0.00 doubtful or uncollectible accounts 0.00 | Unknown | $0.00 | | $0.00 | FA |
| 4 | Chapter 5 and entity piercing claims-Gross claim is a minimum of $5,089,672 (u) | $0.00 | $5,089,672.00 | | $0.00 | $5,089,672.00 |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
| --- | --- | --- | --- | --- |
| $28,727.05 | $5,118,399.05 | | $28,727.05 | $5,089,672.00 |

**Major Activities affecting case closing:**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 17-44248 | | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|---|
| Case Name: | SPECIALTY SELECT CARE CENTER OF SAN ANTONIO, LLC | | | Date Filed (f) or Converted (c): | 10/20/2017 (f) |
| For the Period Ending: | 04/10/2023 | | | §341(a) Meeting Date: | 12/19/2017 |
| | | | | Claims Bar Date: | 06/05/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

01/13/2023    UPDATE 4.10.23-TRIAL DOCKET CALL NOW SEPTEMBER 5, 2023.

UPDATE 1.13.23-TRIAL DOCKET MOVED TO JUNE 2023.  DISCOVERY ONGOING.

UPDATE 10.11.22-SPECIAL LITIGATION COUNSEL ENGAGED.  DISCOVERY ONGOING.  TRIAL DOCKET CALL 12.5.22.

UPDATE 4.6.22-ADVERSARY PROCEEDING V. DOUGLAS AND AFFILIATES SET FOR TRIAL DOCKET CALL DECEMBER 5, 2022. DICOVERY PROCEEDING. SPECIAL LITIGATION COUNSEL BEING ENGAGED.  ADVERSARY SCHEDULING ORDER BEING SUBMITTED FOR DECEMBER TRIAL.

UPDATE 1.17.22-LITIGATION PROCEEDING.

UPDATE 10.11.21-TRUSTEE'S COUNSEL IS AMENDING THE COMPLAINT AGAINST THE DOUGLAS DEFENDANTS IN ACCORDANCE WITH THE COURT'S MEMORANDUM OPINION ON THEIR MOTION TO DISMISS.  SETTLEMENT NEGOTIAITIONS ARE ONGOING. UPDATE 7.20.21-WATITING FOR COURT RULING ON MOTION TO DISMISS.

UPDATE 3.29.21-COURT HEARING HELD ON MOTION TO DISMISS ADVERSARY PROCEEDING. AWAITING COUT'S RULING.

UPDATE 10.13.20-ADVERSARY PROCEEDING HAS BEEN FILED AND IS PROCEEDING TO PRE-TRIAL MATTERS AND DISCOVERY.

UPDATE 4.21.20-PARTIES MEDIATED CLAIMS MARCH 12, 2020.  CLAIMS WERE NOT SETTLED, HOWEVER PARTIES AGREED TO OBTAIN EXPERT OPINIONS AND RESUME NEGOTIATIONS.  EXTENDED TOLLING AGREEMENTS ENTERED INTO.

UPDATE 10.15.19-TRUSTEE HAS ENTERED INTO TOLLING AGREEMENTS WITH RESPECT TO FRAUDULENT TRANSFER AND PIERCING LITIGATION AND HAS COMMENCED SETTLEMENT NEGOTIATIONS.  POSSIBLE MEDIATION TO LIQUIDATE PERSONAL INJURY CLAIMS FILED IN CASE.

UPDATE 8.8.19-UPDATE--POSSIBLE MEDIATION OF PERSONAL INJURY CLAIMS.  CHAPTER 5 ACTIONS IN NEGOTIATION.

 UPDATE 2.19.19-DISCOVERY IS ONGOING.  PERSONAL INJURY AND WRONFUL DEATH CLAIM ALLOWANCE PROCESS ONGOING.

UPDATE 10.16.18-FUNDS COLLECTED.  CHAPTER 5 AND OTHER POTENTIAL CLAIMS UNDER REVIEW. TRUSTE'S COUNSEL IS SEEKING DISCOVERY CONCERNING TRANSFERS.  BANK RECORD SUBPOENAS HAVE BEEN SENT.


ASSETS ARE DEBTOR FUNDS AND CHAPTER 5 AND OTHER POTENTIAL CLAIMS

|  |  |  | **SUBTOTALS** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 17-44248 | | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|---|
| Case Name: | SPECIALTY SELECT CARE CENTER OF SAN ANTONIO, LLC | | | Date Filed (f) or Converted (c): | 10/20/2017 (f) |
| For the Period Ending: | 04/10/2023 | | | §341(a) Meeting Date: | 12/19/2017 |
| | | | | Claims Bar Date: | 06/05/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

MAJOR ACTIVITIES:

SECURE PROPERTY
SECURE DOCUMENTS AND DATA

CLAIMS BAR DATE SET: 3.7.18
CLAIMS REVIEW DATE: 4.20.20
CLAIMS OBJECTIONS FILED DATE:
FINAL ALLOWANCE DATE:

TAX RETURN 505 LETTER SENT DATE:
PROMPT DETERMINATION RECEIVED DATE:

PREFERENCE/FRAUDULENT TRANSFER REVIEW

TFR PREPARED AND SENT TO UST DATE:
TFR APPROVED AND FILED DATE:
FEE APPLICATIONS FILED DATE:
TFR FINAL AND CHECKS MAILED DATE:
ZERO BALANCE DATE:
TDR SENT TO UST DATE:
TDR FILED DATE:

**Initial Projected Date Of Final Report (TFR):** 12/31/2019    **Current Projected Date Of Final Report (TFR):** 12/31/2023    /s/ SHAWN K. BROWN

SHAWN K. BROWN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 17-44248 | | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|
| Case Name: | SPECIALTY SELECT CARE CENTER OF SAN ANTONIO, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3075 | | Checking Acct #: | ******4248 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/20/2017 | | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 04/10/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/27/2017 | (1) | WELLS FARGO | Bank funds turnover | 1129-000 | $28,727.05 | | $28,727.05 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.13 | $28,722.92 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $42.66 | $28,680.26 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $42.60 | $28,637.66 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $38.43 | $28,599.23 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $42.48 | $28,556.75 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $41.05 | $28,515.70 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $42.36 | $28,473.34 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $40.93 | $28,432.41 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $42.23 | $28,390.18 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $6.80 | $28,383.38 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($6.80) | $28,390.18 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $496.82 | $27,893.36 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($496.82) | $28,390.18 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $42.20 | $28,347.98 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $41.33 | $28,306.65 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $41.27 | $28,265.38 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $41.21 | $28,224.17 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $41.15 | $28,183.02 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $41.09 | $28,141.93 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $41.03 | $28,100.90 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $40.97 | $28,059.93 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $40.91 | $28,019.02 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $40.86 | $27,978.16 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $40.80 | $27,937.36 |
| | | | **SUBTOTALS** | | **$28,727.05** | **$789.69** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 17-44248 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | SPECIALTY SELECT CARE CENTER OF SAN ANTONIO, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***3075 | Checking Acct #: | ******4248 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/20/2017 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 04/10/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $40.74 | $27,896.62 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $40.68 | $27,855.94 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $40.62 | $27,815.32 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $40.56 | $27,774.76 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $40.50 | $27,734.26 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $40.44 | $27,693.82 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $40.38 | $27,653.44 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $40.32 | $27,613.12 |
| 02/22/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $27,613.12 | $0.00 |
| | | | **TOTALS:** | | $28,727.05 | $28,727.05 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $27,613.12 | |
| | | | Subtotal | | $28,727.05 | $1,113.93 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $28,727.05 | $1,113.93 | |

**For the period of 10/20/2017 to 04/10/2023**

| | |
|---|---|
| Total Compensable Receipts: | $28,727.05 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,727.05 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,113.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,113.93 |
| Total Internal/Transfer Disbursements: | $27,613.12 |

**For the entire history of the account between 11/27/2017 to 4/10/2023**

| | |
|---|---|
| Total Compensable Receipts: | $28,727.05 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,727.05 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,113.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,113.93 |
| Total Internal/Transfer Disbursements: | $27,613.12 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 17-44248 | Trustee Name: | Shawn K. Brown |
|---|---|---|---|
| Case Name: | SPECIALTY SELECT CARE CENTER OF SAN ANTONIO, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3075 | Checking Acct #: | ******0010 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 10/20/2017 | Blanket bond (per case limit): | $300,000.00 |
| For Period Ending: | 04/10/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2022 | | Pinnacle Bank | Transfer Funds | 9999-000 | $27,613.12 | | $27,613.12 |
| 03/01/2022 | 5001 | Ankura Consulting Group LLC | Order ECF 31-Project number P-004822 | 3731-000 | | $15,000.00 | $12,613.12 |
| 03/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $23.06 | $12,590.06 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $18.10 | $12,571.96 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $18.68 | $12,553.28 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $18.05 | $12,535.23 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $18.63 | $12,516.60 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $18.60 | $12,498.00 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $17.97 | $12,480.03 |
| 10/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $17.95 | $12,462.08 |
| 11/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $17.92 | $12,444.16 |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $18.49 | $12,425.67 |

**SUBTOTALS** $27,613.12 $15,187.45

**FORM 2**

Page No: 4

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 17-44248 | |
| **Case Name:** | SPECIALTY SELECT CARE CENTER OF SAN ANTONIO, LLC | |
| **Primary Taxpayer ID #:** | **-***3075 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/20/2017 | |
| **For Period Ending:** | 04/10/2023 | |

| | |
|---|---|
| **Trustee Name:** | Shawn K. Brown |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0010 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $300,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $27,613.12 | $15,187.45 | $12,425.67 |
| | | | **Less: Bank transfers/CDs** | | $27,613.12 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $15,187.45 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $15,187.45 | |

| For the period of 10/20/2017 to 04/10/2023 | | For the entire history of the account between 02/22/2022 to 4/10/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $27,613.12 | Total Internal/Transfer Receipts: | $27,613.12 |
| | | | |
| Total Compensable Disbursements: | $15,187.45 | Total Compensable Disbursements: | $15,187.45 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,187.45 | Total Comp/Non Comp Disbursements: | $15,187.45 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 5

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 17-44248 | |
| **Case Name:** | SPECIALTY SELECT CARE CENTER OF SAN ANTONIO, LLC | |
| **Primary Taxpayer ID #:** | **-***3075 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/20/2017 | |
| **For Period Ending:** | 04/10/2023 | |

| | |
|---|---|
| **Trustee Name:** | Shawn K. Brown |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0010 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $300,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

**TOTAL - ALL ACCOUNTS**

| NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|
| $28,727.05 | $16,301.38 | $12,425.67 |

| For the period of 10/20/2017 to 04/10/2023 | | For the entire history of the account between 02/22/2022 to 4/10/2023 | |
|---|---:|---|---:|
| Total Compensable Receipts: | $28,727.05 | Total Compensable Receipts: | $28,727.05 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,727.05 | Total Comp/Non Comp Receipts: | $28,727.05 |
| Total Internal/Transfer Receipts: | $27,613.12 | Total Internal/Transfer Receipts: | $27,613.12 |
| | | | |
| Total Compensable Disbursements: | $16,301.38 | Total Compensable Disbursements: | $16,301.38 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,301.38 | Total Comp/Non Comp Disbursements: | $16,301.38 |
| Total Internal/Transfer Disbursements: | $27,613.12 | Total Internal/Transfer Disbursements: | $27,613.12 |

/s/ SHAWN K. BROWN

SHAWN K. BROWN